# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| | |
|---|---|
| Everett McKinley Dirksen<br>United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## NOTICE OF ISSUANCE OF MANDATE

July 14, 2023

To:   Thomas G. Bruton
      UNITED STATES DISTRICT COURT
      Northern District of Illinois
      Chicago, IL 60604-0000

| | |
|---|---|
| No. 23-2190 | BRYAN VESELY,<br>          Plaintiff - Appellant<br><br>v.<br><br>ILLINOIS SCHOOL DISTRICT 45 and SUSAN HARDEK-VESELY,<br>          Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:22-cv-02035 |
| Northern District of Illinois, Eastern Division |
| District Judge Lindsay C. Jenkins |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                              F.R.A.P. 42(b)

STATUS OF THE RECORD:                           no record to be returned

form name: **c7_Mandate**     (form ID: **135**)